# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00820-CR

---

**Thomas Holman, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
NO. 23-0285-K368, THE HONORABLE KEVIN HENDERSON, JUDGE PRESIDING**

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Thomas Holman's court-appointed counsel has filed a motion to withdraw as appellate counsel and for the appointment of new appellate counsel. Holman's counsel represents that her motion to withdraw has been filed with the trial court.

The appeal is abated and this cause is remanded to the trial court for consideration of counsel's motion to withdraw and the appointment of new appellate counsel. A supplemental record containing the order appointing new appellate counsel shall be filed with this Court by February 23, 2026. The appeal will be reinstated after the supplemental clerk's record is filed.

It is ordered on January 23, 2026.

Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed:　January 23, 2026

Do Not Publish